IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Demario Marquis Clyburn, | ) | |
| | ) | C.A. No. 8:05-2275-HMH-BHH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **OPINION AND ORDER** |
| | ) | |
| Willie Eagleton and Captain A. Sellers, | ) | |
| sued in their individual and | ) | |
| official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court for review of the Report of United States Magistrate

Judge Bruce H. Hendricks, made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil

Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommenda-

tion has no presumptive weight. The responsibility to make a final determination remains

with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is

charged with making a de novo determination of those portions of the Report to which

specific objection is made, and the court may accept, reject, or modify, in whole or in part,

the recommendation of the Magistrate Judge or recommit the matter with instructions. See

28 U.S.C. § 636(b)(1) (West Supp. 2006).

The Plaintiff filed no objections to the Report. In the absence of objections to the

Report of the Magistrate Judge, this court is not required to give any explanation for

adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and the record in this case, the court adopts Magistrate Judge Hendricks' Report and incorporates it herein.  It is therefore

**ORDERED** that the Defendants' motion for summary judgment is granted and the Plaintiff's claims are dismissed with prejudice.

**IT IS SO ORDERED.**

s/ Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
August 29, 2006

## NOTICE OF RIGHT TO APPEAL

The Plaintiff is hereby notified that he has the right to appeal this order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.